**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| ROULETTE PRICE, | : | No. 177 WAL 2016 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the **Published Opinion and Order** of |
| v. | : | the Superior Court at No. 1886 WDA |
| | : | 2014, at 138 A.3d 8 (Pa. Super. 2016) |
| | : | entered on March 30, 2016, **reversing** |
| ALAN CATANZARITI, D.P.M., | : | **and remanding** the Judgment of the |
| | : | Allegheny County Court of Common |
| Petitioner | : | Pleas at No. GD 11-0001164 entered on |
| | : | October 21, 2014 |

## ORDER

**PER CURIAM**

     **AND NOW**, this 19th day of September, 2016, the Petition for Allowance of Appeal is **GRANTED**, limited to Petitioner's first issue. The order of the Superior Court is **VACATED**, as issues neither raised nor preserved for appellate review are waived and may not constitute the basis for reversal of a trial court's decision. *See, e.g.*, Wiegand v. Wiegand, 337 A.2d 256 (Pa. 1975). The case is **REMANDED** to the Superior Court for determination based upon full consideration of the issues raised and preserved for appeal by Respondent.